IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LIBERTY,<br><br>    *Plaintiff*,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    *Defendant*. | CIVIL ACTION<br>No. 16-02390 |

## ORDER

**AND NOW**, this 21st day of December, 2016, upon consideration of State Farm's Motion for Summary Judgment, (ECF No. 12), and James Liberty's Response, (ECF No. 13), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.